**In re Petition for DISCIPLINARY ACTION AGAINST David J. TRYGSTAD, Respondent.**

No. C5–83–1031.

Supreme Court of Minnesota.

Aug. 9, 1983.

ORDER OF DISBARMENT

Based on the records, files and proceedings herein and upon the stipulation of the parties,

IT IS HEREBY ORDERED:

1. David J. Trygstad is herewith disbarred from the practice of law in the State of Minnesota.